**1**

**UNITED STATES ex rel. Aaron LEISER, Relator-Appellant, v. B. M. DAY, as Commissioner, etc., Respondent-Appellee.**

Circuit Court of Appeals, Second Circuit. February 7, 1928.

No. 264.

Appeal from the District Court of the United States for the Southern District of New York.

Samuel R. Weltz, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Albert Law Moffat, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Affirmed in open court.

---

**2**

**UNITED STATES ex rel. Adrina MERDINIAN, Relator-Appellant, v. Benjamin M. DAY, as Commissioner, etc., Respondent-Appellee.**

Circuit Court of Appeals, Second Circuit. February 6, 1928.

No. 255.

Appeal from the District Court of the United States for the Southern District of New York.

Harry H. Hoffnagle, of New York City (V. H. Kalenderian, of New York City, of counsel), for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (S. C. Coleman, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

**3**

**UNITED STATES ex rel. Hayes VAN GORDER, Petitioner, v. John C. POLLOCK, United States District Judge, etc.**

Circuit Court of Appeals, Eighth Circuit. March 26, 1928.

No. 315 Original.

On Petition for Writ of Mandamus. See, also, 21 F.(2d) 939.

Hayes Van Gorder, in pro. per. Al F. Williams, U. S. Atty., and Alton H. Skinner, Asst. U. S. Atty., both of Topeka, Kan., for respondent.

PER CURIAM. Rule to show cause discharged, and petition for writ of mandamus denied and dismissed.

---

**4**

**Abraham P. WAXMAN, Plaintiff-Appellant, v. Channing POLLOCK, Edgar Selwyn, and Arch Selwyn, Defendants-Respondents.**

Circuit Court of Appeals, Second Circuit. March 5, 1928.

No. 178.

Appeal from the District Court of the United States for the Southern District of New York.

Rosenthal & Altman, of New York City (Davies, Auerbach & Cornell, of New York City, of counsel, and Milton S. Cohn, of New York City, on the brief), for appellant.

O'Brien, Malevinsky & Driscoll, of New York City (Arthur F. Driscoll and Benjamin Pepper, both of New York City, of counsel), for respondents.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.